IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY RATTAY, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 2:17-CV-01539-JFC |
| : | |
| HARTFORD LIFE AND ACCIDENT : | |
| INSURANCE COMPANY, : | |
| : | |
| Defendant. : | |

## STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Plaintiff and Defendant by their undersigned counsel, who are duly authorized to enter this Stipulation, hereby agree pursuant to Federal Rule of Civil Procedure 41, to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own costs and fees.

Dated: March 2, 2018

| | |
|---|---|
| *s/ Brian Patrick Bronson* | *s/ Brian P. Downey* |
| Brian Patrick Bronson (PA 89035) | Brian P. Downey (PA 59891) |
| QuatriniRafferty, P.C. | PEPPER HAMILTON LLP |
| 550 East Pittsburgh Street | Suite 200, 100 Market Street |
| Greensburg, PA 15601 | P.O. Box 1181 |
| Phone: 724.837.0080 | Harrisburg, PA 17108-1181 |
| Fax: 724.837.1348 | Phone: (717) 255-1155 |
| Email: bpb@qrglaw.com | Fax: (717) 238-0575 |
| | Email: downeyb@pepperlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED:

/s/ Joy Flowers Conti
_____
Hon. Joy Flowers Conti
United States District Judge